**Dismiss; Opinion Filed September 25, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00231-CV

**HOLLYE G. MUHAMMAD, Appellant**
**V.**
**BLTREJV3 DALLAS LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00274D**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Lang

Hollye G. Muhammad's brief was due August 1, 2014. When appellant failed to file her brief, we notified her, by postcard dated August 4, 2014, that the time had expired and directed her to file her brief along with an extension motion within ten days. We cautioned that the failure to file her brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of her brief or this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3 (b), (c).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

140231F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOLLYE G. MUHAMMAD, Appellant

No. 05-14-00231-CV      V.

BLTREJV3 DALLAS LLC, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-14-00274D.
Opinion delivered by Justice Lang,
Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BLTREJV3 DALLAS LLC recover its costs of this appeal, if any, from appellant HOLLYE G. MUHAMMAD.

Judgment entered this 25th day of September, 2014.